**Connell Foley LLP**
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, New Jersey 07102
973.436.5800
Attorneys for Plaintiff, Ramada Worldwide Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMADA WORLDWIDE INC., a Delaware Corporation, | Civil Action No. 17-cv-11671(SDW)(LDW) |
| Plaintiff, | |
| v. | **FINAL JUDGMENT BY DEFAULT** |
| OAKLAND PARK INN, INC., a Florida Corporation; and ALICE MARQUEZ, an individual, | |
| Defendants. | |

This matter having been opened to the Court by plaintiff, Ramada Worldwide Inc. ("RWI"), by its attorneys, Connell Foley, LLP, seeking the entry of Final Judgment by Default against defendants, Oakland Park Inn, Inc. and Alice Marquez (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on November 15, 2017, seeking damages as a result of the breach of a franchise agreement between RWI and Oakland Park Inn, Inc.; and service of the Summons and Complaint having been effectuated with respect to Defendants by serving them via regular and certified mail, return receipt requested, on January 8, 2018; and it appearing that default was duly noted by the Clerk of the Court against Defendants on March 14, 2018 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 21st day of May, 2018,

4495454-1

**ORDERED, ADJUDGED, AND DECREED** that RWI have judgment against Defendants, jointly and severally, in the total amount of $311,366.41 representative of Recurring Fees (principal plus prejudgment interest) through April 12, 2018.

_____
HONORABLE SUSAN D. WIGENTON, U.S.D.J.